UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


AMOCHAEV, et al.,,

                Plaintiff,

  v.

CITIGROUP GLOBAL MARKETS INC. et al,

                Defendant.

_____/

Case Number: CV05-01298 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Elise Shartsis
54 Birchwood Lane
Hartsdale, NY 10530

Dated: December 8, 2009

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk